IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:02CR3051 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| KELLY J. MOSLANDER, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that:

(1)   The government's oral request for hearing on Rule 35(b) motion is granted;

(2)   A hearing on the government's motion for reduction of sentence pursuant to Rule 35(b) (filing 41) has been set before the undersigned United States district judge at 12:30 p.m., on Tuesday, May 3, 2005, in Courtroom No. 2, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.  The defendant shall be present for the hearing unless excused by the court.

DATED this 22nd day of April, 2005.

BY THE COURT:

s/ Richard G. Kopf
United States District Judge